# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Kinkeade, James E. | 2. Court or Organization<br><br>TX-N | 3. Date of Report<br><br>07/21/2002 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge (Nominee) | 5. Report Type (check type)<br><br>X Nomination, Date 07/18/2002<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>01/01/2001<br>to<br>06/30/2002 |
|---|---|---|

| 7. Chambers or Office Address<br><br>600 Commerce St. 2nd Floor<br><br>George Allen Bldg.<br><br>Dallas, Texas 75202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE *(No reportable positions.)* | |
| 1 | Adjunct Professor | Texas Wesleyan School of Law |
| 2 | Member | Rio Viga, LLC |
| 3 | Partner | Loop 12 Joint Venture |

## I. AGREEMENTS *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE *(No reportable agreements.)* | |
| 1 | 02/01/02 | Teach Professional Responsibility at Texas Wesleyan Law School Summer and Fall of 2002 |
| 2 | 09/01/01 | State of Texas  Upon retirement I will receive a retirement benefit |
| 3 | 01/01/90 | County of Dallas  Upon retirement at age 55 I will receive a retirement benefit |

## . NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|
| NONE *(No reportable non-investment income.)* | | |
| 2000 | Court of Appeals 5th District of Texas at Dallas | $105,821.30 |
| 2001 | Court of Appeals 5th District of Texas at Dallas | $105,450.33 |
| 2002 | Court of Appeals 5th District of Texas at Dallas | $62,620.81 |
| 2001 | County of Dallas | $3387.71 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kinkeade, James E. | 07/21/2002 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

☐ NONE (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

☐ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp. 33-35 of Instructions.)*

☐ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | Bank of the West | Mortgage on Rental Property #1 | L |
| | Midland Mortgage Co. | Mortgage on Rental Property #4 | J |
| | International Bank | Mortgage on Rental Property #5 | K |
| | | | |
| | | | |
| | | | |

L CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions    *Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Rental Property #1, Dallas County, Texas (1978 $25,000) | F | Rent | K | W | exempt | | | | |
| 2  Rental Property #2 P-K Dallas County, Texas (1985 $15,975) | D | Rent | K | R | exempt | | | | |
| 3  Rental Property #3 P-K Dallas County, Texas (1978 $30,000) | E | Rent | K | R | exempt | | | | |
| 4  Rental Property #4 Dallas County, Texas (1979 $30,000) | E | Rent | K | R | exempt | | | | |
| 5  Rental Property #5 RioViga Taos County, NM (2000 $40,000) | C | Rent | K | R | exempt | | | | |
| 6  Bank of America (Cash) | A | Interest | J | T | exempt | | | | |
| 7  Raw Land #1 (Loop 12 Joint Venture) Dallas County, Texas | | None | J | W | exempt | | | | |
| 8  Bank of the West (Cash) | A | Interest | K | T | exempt | | | | |
| 9  Texas State Retirement | | None | P1 | W | exempt | | | | |
| 10  Dallas County Retirement | | None | L | W | exempt | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Value Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Kinkeade, James 2. | 07/21/2002 |

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report)*

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Partner | Proctor-Kinkeade Partnership |
| 5 | Trustee | Baylor Medical Center at Irving |
| 6 | Trustee | Baylor Healthcare System |
| 7 | Member | Board of Advocates of Baylor University School of Social Work |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2002 | County of Dallas $2396.24 | |
| 6 | 2000 | Texas Wesleyan School of Law $20,000 | |
| 7 | 2001 | Texas Wesleyan School of Law $12,000 | |
| 8 | 2002 | Texas Wesleyan School of Law $10,000 | |
| 9 | 2000 | West Group $6758.62 | |
| 10 | 2001 | West Group $7846.34 | |
| 11 | 2002 | West Group $11,166.92 | |
| 12 | 2001 | National Institute for Trial Advocacy $1091.11 | |
| 13 | 2002 | National Institute for Trial Advocacy $478.39 | |
| 14 | 2001 | County of Collin $200 | |
| 15 | 2000 | Irving Independent School District | |
| 16 | 2001 | Irving Independent School District | |
| 17 | 2002 | Irving Independent School District | |

## FINANCIAL DISCLOSURE REPORT

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Partner | Proctor-Kinkeade Partnership |
| 5 | Trustee | Baylor Medical Center at Irving |
| 6 | Trustee | Baylor Healthcare System |
| 7 | Member | Board of Advocates of Baylor University School of Social Work |

PART 3. NON-INVESTMENT INCOME (cont'd.)

## IX.  CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____Ed Kinkeade_____     Date 7/21/2002

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 20, | 000 | Notes payable to banks-secured | | |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | |
| Listed securities-add schedule | | | Notes payable to relatives | | |
| Unlisted securities--add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable-add schedule | 148, | 000 |
| Real estate owned-add schedule | 575, | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 35, | 000 | | | |
| Cash value-life insurance | | | | | |
| Other assets itemize: | | | | | |
| | | | | | |
| | | | | | |
| | | | Total liabilities | 148, | 000 |
| | | | Net Worth | 482, | 000 |
| Total Assets | 630, | 000 | Total liabilities and net worth | 630, | 000 |
| CONTINGENT LIABILITIES | 0 | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | no | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | no | |
| Legal Claims | | | Have you ever taken bankruptcy? | no | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |